UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 25-CR-2048-RSH |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| v. | |
| CALLUM DAVID MORRICE, | |
| Defendant. | |

The United States' Motion to Dismiss the Information is hereby GRANTED. The Information is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED: 8/1/25

*Robert S. Huie*

Hon. Robert S. Huie
United State District Judge